UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDO VILLARREAL HEREDIA,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVID SOUFERZADEH, et al.,<br><br>    Defendants. | Case No. 2:25-cv-05799-RGK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 7, "FAC") filed by Amando Villarreal Heredia ("Plaintiff"), the Order re FAC issued by the assigned magistrate judge (Dkt. 8), Plaintiff's Notice of Intent to Proceed with the FAC (Dkt. 9), the Report and Recommendation of the magistrate judge (Dkt. 11, "Report"), and Plaintiff's Objection to the Report (Dkt. 12). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that: (1) Plaintiff's Request to Proceed In Forma Pauperis (Dkt. 4) is DENIED; and (2) Judgment shall be

1  entered dismissing all claims asserted by Plaintiff in this action with prejudice
2  except for claims asserted against Dr. Longfellow and Administrator Taylor,
3  which shall be dismissed without prejudice to pursuing such claims in a district
4  having proper venue.
5  Dated: 10/10/2025

_____
Hon. R. Gary Klausner
U.S. District Judge