JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

AMANDO VILLARREAL HEREDIA,

           Plaintiff,

           v.

NAVID SOUFERZADEH, et al.,

           Defendants.

Case No. 2:25-cv-05799-RGK-JDE

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT all claims asserted by Plaintiff in this action are dismissed with prejudice except for claims asserted against Dr. Longfellow and Administrator Taylor, which are dismissed without prejudice to Plaintiff pursuing such claims in a district having proper venue.

Dated: 10/10/2025

_____

Hon. R. Gary Klausner
U.S. District Judge